**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Randy Paul Angelle
Boyer, Hebert, Abels & Angelle
401 East Mills Avenue
Breaux Bridge LA 70517

Christi M. Roy Hemphill
Boyer, Hebert, Abels & Angelle
401 East Mills
Breaux Bridge LA 70517

Charles G. Fitzgerald
Cox Fitzgerald, L.L.C.
113 West Convent Street
Lafayette LA 70501

**REHEARING ACTION: January 23, 2013**

**Docket Number: 12   00768-CA consolidated with 767-JAC**

**K.A.T., ET AL.**
**VERSUS**
**R.B.F., ET AL.**

**Appealed from Lafayette Parish Case No. C-20103279 C/W A-20080037**

**BEFORE JUDGES:**

**Hon. Marc T. Amy**
**Hon. Elizabeth A. Pickett**
**Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kimberlee Anne Talbot and Duke Matthew Guidroz** has this

day been

**DENIED.**

cc: Bradley Richard, Unknown Attorney Type
    Diane Sorola, Counsel for the Appellee